# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 11, 2014

### NO. 03-14-00120-CV

**Paul Reynolds, Appellant**

**v.**

**Travis County Emergency Services District No. 4, Appellee**

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE ROSE**

This is an appeal from the order signed by the trial court on August 30, 2013. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.